# United States District Court
## Southern District of Georgia

PHILLIP MESSICK,

    Plaintiff,

V.

ROGER BRYANT, in his individual capacity as Alamo Chief of Police; JOHNNY L. SMITH, in his individual capacity as Deputy for Wheeler County; CLARK SCHRADER, in his individual capacity as Officer for the Dublin Police Department; and TIM CHATMAN, in his individual capacity as Dublin Chief of Police,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV322-021

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's November 15, 2023 Order, summary judgment is granted in favor of all Defendants and against Plaintiff, and costs are taxed against Plaintiff. This case stands closed.

November 15, 2023
Date



John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk